# CRIMINAL COURTROOM MINUTE SHEET
## INITIAL APPEARANCE AFTER CRIMINAL COMPLAINT / INFORMATION

**DATE:** Jan 15, 2010  **CASE:** M-10-36-BA

**TIME IN COURT:** 10 mins  **COURTROOM:** 101

**MAGISTRATE JUDGE ROBERT E. BACHARACH**  **COURTROOM DEPUTY LESA BOLES**

**UNITED STATES OF AMERICA vs. CHARLES ALAN DYER**

Defendant States true and correct name as: Same   **AGE:** 29

**Government Cnsl:** ANDRE CALDWELL  **Defendant Cnsl:** DAVID HAMMOND

**U.S. Probation Officer:** ANN ALESCH   Retained

☒ Defendant Appears, custody of U.S. Marshal with Counsel   **Interpreter:** N/A

☐ Defendant advised of his / her right of consular notification,

☒ Defendant informed of his / her right to retain counsel or to request that counsel be appointed if he / she cannot afford to obtain counsel.

☒ Defendant informed that he / she is not required to make a statement and that any statement made by him / her may be used against them.

☐ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

---

☐ Government recommends defendant be released on

☒ Government recommends defendant be detained based on Risk of Flight and Danger to the Community

☒ Government requests a 3 day continuance of the detention hearing.

    ☒ Upon motion of the Government and request for continuance by Government and defendant

    ☐ Detention Hearing is set for

☐ Defendant waives right to Detention hearing. Waiver of Detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

☐ Defendant requests the Detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

---

☒ Defendant informed of his / her right to a Preliminary hearing.

    ☐ Preliminary hearing waived. Written waiver entered.

    ☐ Preliminary hearing set for

    ☒ Preliminary and Detention hearing set for January 25, 2010 at 4:30 p.m.

---

## The Court Orders:

☐ The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.

☒ Defendant temporarily detained pending Detention hearing. Written Order entered. Defendant remanded to custody of USM.

☐ Defendant released on previously posted bond with conditions per Release Order.

☐ Unsecured Bond set at   with conditions per Release Order.

☐ Secured Bond set at   with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☐ Defendant remanded to the custody of USM pending execution of bond.

☐ Defendant remanded to the custody of USM.